(No. 75-CC-478— )

GAR-WOOD CHICAGO TRUCK EQUIPMENT, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 28, 1975.*

GAR-WOOD CHICAGO TRUCK EQUIPMENT, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

---

(No. 75-CC-487— )

DOROTHY TOMASZEWSKI, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILD AND FAMILY SERVICES, Respondent.

*Opinion filed February 28, 1975.*

DOROTHY TOMASZEWSKI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.